# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                     **CASE NO. 6:19-cr-10146-JWB**

**BRADLEY P. DAVIS,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### Count 1

**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**
**Unlawful User of a Controlled Substance**
**18 U.S.C. § 922(g)(3) and § 924(a)(2)**

On or about December 8, 2017, in the District of Kansas, the defendant,

**BRADLEY P. DAVIS,**

knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting commerce, any firearm and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2)

## Count 2

### POSSESSION, WITH THE INTENT TO DISTRIBUTE, A CONTROLLED SUBSTANCE -- METHAMPHETAMINE
### 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)

On or about December 8, 2017, in the District of Kansas, the defendant,

### BRADLEY P. DAVIS,

knowingly and intentionally possessed, with the intent to distribute 5 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 - 2 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense identified in Counts 1- 2 , the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved the commission of the offenses, including, but not limited to:

   a. One Springfield Armory 45 ACP pistol, serial number S3247548;

   b. One IMI .40 caliber pistol, serial number 32311089.

All pursuant to Title 18 United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

                                                   A TRUE BILL.

October 9, 2019                                s/Foreperson
DATE                                                     FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister
STEPHEN R. McALLISTER,
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**

3